IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:20mj 2 |
| ) | |
| THOMAS P. NOONAN, ) | |
| ) | |
| *Defendant.* ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, THOMAS P. NOONAN, was on Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, in the Eastern District of Virginia.

2. Hunter Holmes McGuire Veterans Administration Medical Center is property administered by the Department of Veterans Affairs and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about October 17, 2019, in the Eastern District of Virginia at Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, property administered by the Department of Veterans Affairs, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, the defendant, THOMAS P. NOONAN, did knowingly engage in unlawful sexual activity.

(In violation of Title 38, Code of Federal Regulations, Section 1.218(b)(44)).

## COUNT TWO

On or about October 17, 2019, in the Eastern District of Virginia at Hunter Holmes McGuire Veterans Administration Medical Center, Richmond, Virginia, property administered by the Department of Veterans Affairs, being within the jurisdiction of this Court and within the special territorial jurisdiction of the United States, the defendant, THOMAS P. NOONAN, engaged in disorderly conduct which created loud, boisterous, and unusual noise, obstructed the normal use of corridors, and tended to impede or prevent the normal service or operation of that facility.

(In violation of Title 38, Code of Federal Regulations, Sections 1.218(a)(5), (b)(11)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Kenneth R. Simon, Jr.
Assistant United States Attorney